UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY PERSON,

                Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C12-5452-TSZ-BAT

**REPORT AND RECOMMENDATION**

Timothy Person seeks review of the denial of his Supplemental Security Income and Disability Income Benefit applications. Dkt. 1. The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20.

The Court has considered the parties' stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will:

- Give plaintiff an opportunity for a de novo hearing, further develop the record, and issue a new decision.

- The ALJ shall also obtain updated medical records from plaintiff's treating sources; further evaluate the medical evidence of record, including but not limited

REPORT AND RECOMMENDATION - 1

to the medical source opinions and treatment records of Jordan Firestone, M.D., and Norman D. Farley, Ph.D., and provide adequate rationale for either accepting or rejecting the opinion evidence; obtain psychological and physical consultative examinations; further evaluate plaintiff's impairments; and further evaluate plaintiff's credibility and residual functional capacity.

- Obtain testimony from a vocational expert to determine if plaintiff acquired any transferable skills from his past relevant skilled and semi-skilled work that could be used to perform the work activities or meet the requirements for other semi-skilled occupations within the residual functional capacity ultimately found.

Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Thomas S. Zilly immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four. A proposed order accompanies this Report and Recommendation.

DATED this 18th day of October, 2012.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2